# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151427(39)(41)(42)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

           SC: 151427
           COA: 324709
           Muskegon CC: 07-054960-FC

DUJUAN LANARD QUINN,
   Defendant-Appellant.

_____/

   On order of the Court, the motion for judicial notice is treated as a motion to file a supplement. The motions to file a supplement are GRANTED. The motion for reconsideration of this Court's December 22, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



d0919

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2016



Clerk